CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RANDOLPH ARTIS,<br><br>     Plaintiff,<br><br>     v.<br><br>PAUL SCHULTZ, et al.,<br><br>     Defendants. | Civil No. 09-0986 (RMB)<br><br>**ORDER** |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **7th** day of **October 2009**,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby granted and the Clerk shall file the Complaint without prepayment of the filing fee; and it is further

**ORDERED** that the Complaint is dismissed for failure to state a claim upon which relief may be granted; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall forward a copy of this Order by regular mail to the United States Attorney for the District of New Jersey and the warden of FCI Fairton; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from his prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(1)(A), Plaintiff is assessed an initial partial filing fee equal to 20%

of the average monthly deposits to the Plaintiff's prison account for the six month period immediately preceding the filing of the Complaint; when funds exist, the Bureau of Prisons shall deduct said initial fee from Plaintiff's prison account and forward it to the Clerk; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee is paid, each subsequent month that the amount in Plaintiff's prison account exceeds $10.00, the Bureau of Prisons shall assess, deduct from the Plaintiff's account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's prison account, with each payment referencing the docket number of this action; and it is finally

**ORDERED** that the Clerk shall serve this Order and the accompanying Opinion upon Plaintiff by regular mail, and shall close the file.

<pre>
                              s/Renée Marie Bumb
                              RENÉE MARIE BUMB
                              United States District Judge
</pre>